**Order filed October 27, 2011.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00372-CV

———————

**MATTHEW VERE, Appellant**

**V.**

**AFFORDABLE POWER, L.L.P., Appellee**

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 956968**

## O R D E R

Appellant's brief was due October 12, 2011.  No brief or motion for extension of time has been filed.

Unless appellant submits his brief, and a motion reasonably explaining why the brief was late, to the Clerk of this Court on or before **November 28, 2011**, the Court will dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

PER CURIAM